IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OASIS RESEARCH, LLC, Plaintiffs, v. EMC CORPORATION, ET AL, Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:12-CV-00526 |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is given that the undersigned attorney, Andrew S. Ong, enters his appearance in this matter as Attorney for Defendants EMC Corporation and Decho Corporation. In connection with this notice, Mr. Ong requests that all future pleadings and other papers filed under Federal Rule of Civil Procedure 5 be served on him at the below address and contact information

Dated: June 11, 2015

Respectfully submitted,

/s/ *Andrew S. Ong*

Andrew S. Ong
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
aong@orrick.com

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on June 11, 2015 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/ *Andrew S. Ong*